## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH JINGOLI & SON, INC.<br><br>Plaintiff,<br><br>v.<br><br>ERICA L. BEAL<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-213-ESK-EAP<br><br>**LETTER**<br><br>**REQUESTING ERICA BEAL, PRO SE, A 14-DAY EXTENSION DUE TO EXTREME WEATHER CONDITIONS** |

Dear United States Magistrate Judge Elizabeth A. Pascal and Honorable Edward S. Kiel, U. S. D. J.:

Please note that defendant, Erica Beal, is not domiciled in New Jersey and is requesting an Extension of Time due to Weather Conditions.

Erica Beal lives in Texas. The state of Texas has been experiencing extreme weather conditions which include tornadoes and power outages. Unfortunately, Ms. Beal lives within the Texas county that has been without power.

Ms. Beal is unable to work or prepare an adequate response due on 5/31/2024.

At this time, Ms. Beal is requesting a 14 day extension from 5/31/2024 to 6/14/2024

to prepare a response as it relates to case number 1:23-cv-213-ESK-EAP Jingoli v. Beal.

*granted*

Respectfully submitted,

Erica Beal
258 Coach Lamp Lane
Houston, Texas 77060

Date: 5/28/2024

> Defendant shall file a response to the Amended Complaint, ECF No. 33, which shall include any motions to dismiss no later than 6/14/2024. All other deadlines in the Court's Scheduling Order, ECF No. 36, shall remain in effect.
>
> SO ORDERED this 29th day of May 2024
>
> Elizabeth A. Pascal, U.S.M.J

LETTER
REQUESTING ERICA BEAL, PRO SE, A 14-DAY EXTENSION DUE TO EXTREME WEATHER CONDITIONS