[ECF Nos. 66, 67, 68, 70]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **JINGOLI & SON, INC.,** | |
| Plaintiff, | |
| v. | Civil No. 23-21364 (ESK/EAP) |
| **ERICA L. BEAL,** | |
| Defendant. | |

## ORDER

This matter having come before the Court by way of *pro se* Defendant Erica L. Beal's Motion to Amend Scheduling Order, ECF No. 66; Motion to Stay Proceedings, ECF No. 67; *Ex Parte* Motion to Stay Proceedings and Object to the Amended Scheduling Order, ECF No. 68; and Amended Motion to Stay Proceedings and Object to the Amended Scheduling Order, ECF No. 70; and the Court noting that it considered and denied Defendant's request to stay these proceedings and to withhold entry of a scheduling order at the telephone status conference held on the record on September 9, 2024; and for good cause shown;

**IT IS** this **12th** day of **September 2024**;

**ORDERED** that for the reasons stated on the record at the September 9, 2024 status conference, Defendant's Motion to Amend Scheduling Order, ECF No. 66; Motion to Stay Proceedings, ECF No. 67; *Ex Parte* Motion to Stay Proceedings and Object to the Amended Scheduling Order, ECF No. 68; and Amended Motion to Stay Proceedings and Object to the Amended Scheduling Order, ECF No. 70 are **DENIED**.

s/Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc: Hon. Edward S. Kiel, U.S.D.J.