# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JINGOLI & SON, INC.,**<br><br>　　　Plaintiff,<br><br>　　v.<br><br>**ERICA L. BEAL,** *et al.***,**<br><br>　　　Defendants. | Case No. 23–cv–21364–ESK–EAP<br><br><br>ORDER |

**THIS MATTER** having come before the Court on defendant Erica L. Beal's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) or, in the alternative, dismiss pursuant to the New Jersey Uniform Public Expression Protection Act or, in the further alternative, compel arbitration (Motion) (ECF No. 45), and the Court having conducted a motion hearing (Hearing) with the parties,

**IT IS** on this **28th** day of **October 2024** **ORDERED** that:

1.　The Motion (ECF No. 45) is DENIED.

2.　Defendant shall have until November 11, 2024 to answer the amended complaint.  (ECF No. 33.)

3.　The parties are directed to obtain the transcript of the Hearing.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**