[ECF No. 104]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **JINGOLI & SON, INC.,** | Civil No. 23-21364 (ESK)(EAP) |
| Plaintiff, | |
| v. | ORDER |
| **ERICA L. BEAL, et al.,** | |
| Defendants. | |

This matter comes before the Court on Defendant *pro se* Erica L. Beal's Motion to Supplement the Record, seeking to supplement her pending Motion to Stay this Action Pending Arbitration, ECF No. 90, with a copy of Arbitrator Paul A. Sandars, III's January 8, 2025 opinion and decision denying Jingoli Power LLC's motion for reconsideration. *See* ECF No. 104-2, Declaration of Erica L. Beal, dated Jan. 15, 2025, ¶ 14 & Ex. A (Arbitrator's Opinion). The Court has reviewed the motion and heard oral argument from the parties at the status conference held on the record on January 16, 2025. *See* ECF No. 101 (Minute Entry). For the reasons stated on the record, and for good cause shown,

**IT IS** this **16th** day of **January 2025**;

**ORDERED** that Defendant *pro se* Erica L. Beal's Motion to Supplement the Record with the Arbitrator Sandars' Opinion, ECF No. 104, is **GRANTED**; and it is further

**ORDERED** that no later than ten 10 days from the date of this Order, Plaintiff Joseph Jingoli & Son, Inc. may respond to this supplement, limited to three double-spaced pages; and it is further

   **ORDERED** that the Clerk's Office shall forward a copy of this Order to Defendant *pro se* via regular mail and shall enter a notation on the docket indicating the date upon which this Order was mailed to Defendant.

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc:  Hon. Edward S. Kiel, U.S.D.J.