[ECF No. 89]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **JINGOLI & SON, INC.,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**ERICA L. BEAL, et al.,**<br><br>                    Defendants. | Civil No. 23-21364 (ESK)(EAP)<br><br>**ORDER** |

      This matter comes before the Court on Defendant Erica L. Beal's motion to file a sur-reply in support of her Motion to Quash Subpoenas, Exclude Evidence, Disqualify Counsel, and for Sanctions before this Court, ECF No. 57; and the Court having reviewed the motion; and the Court noting that no opposition to the motion has been filed; therefore,

      **IT IS** this **4th** day of **March 2025**;

      **ORDERED** that Defendant Erica L. Beal's motion for leave to file a sur-reply in support of her pending Motion to Quash Subpoenas, Exclude Evidence, Disqualify Counsel, and for Sanctions before this Court, ECF No. 57, is **GRANTED**; and it is further

      **ORDERED** that the Clerk of the Court shall forward a copy of this Order to Defendant *pro se* via regular mail and shall enter a notation on the docket indicating the date upon which this Order was mailed to Defendant.

                                      s/Elizabeth A. Pascal
                                      ELIZABETH A. PASCAL
                                      United States Magistrate Judge

cc:  Hon. Edward S. Kiel, U.S.D.J.