Maria Merrell
6606 FM 1488 RD. STE 148-146
MAGNOLIA, TX  77354
MARIA.MERRELL@OUTLOOK.COM
619-517-8530

IN PRO PER

# ORDER

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH JINGOLI & SON, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MARIA MERRELL<br><br>Defendant. | CASE NO.: 1:23-CV-21364-ESK-EAP<br><br>**REQUEST FOR ERRTA** |

Defendant, Maria Merrell, pro se, requests the Court recognize that the Reply Brief filed on March 7, 2025, now includes a table of contents and table of authorities for clarity. No substantive changes have been made. Defendant requests the Court accept this errata and recognize the revised Reply Brief as the operative version.  A copy has been served via ECF and email on opposing counsel.

**So ordered.**                                                                                    3/10/2025

_____/s/ Edward S. Kiel_____     Maria Merrell
**Edward S. Kiel, U.S.D.J.**           6606 FM 1488 RD, STE 148-146  Magnolia, TX 77354
**Date: March 14, 2025**              Email: maria.merrell@outlook.com
                                                      Phone: 619-517-8530

-1-
**REQUEST FOR ERRATA**