# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JINGOLI & SON, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ERICA L. BEAL,** *et al.*,<br><br>Defendants. | Case No. 23–cv–21364–ESK–EAP<br><br><br>ORDER |

**THIS MATTER** having come before the Court on defendant Erica L. Beal's motion to stay pending arbitration (ECF No. 90) and defendant Maria Dolores Merrell's motion to dismiss (ECF No. 112), and the Court having conducted a motion hearing (Hearing) (ECF No. 149) with the parties; and for the reasons stated on the record at the Hearing,

**IT IS** on this   **5th** day of **May 2025**   **ORDERED** that:

1. Defendant Beal's motion to stay (ECF No. 90) is **DENIED WITHOUT PREJUDICE**.

2. Defendant Merrell's motion to dismiss (ECF No. 112) is **DENIED WITHOUT PREJUDICE**.

3. The parties are directed to obtain the transcript of the Hearing.

                                                */s/ Edward S. Kiel*
                                                **EDWARD S. KIEL**
                                                **UNITED STATES DISTRICT JUDGE**